AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|

**RECEIVED**
NOV 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District | |
|---|---|---|
| DOCKET NO. | DATE FILED | |

**MJJ**

| PLAINTIFF<br>MAVERICK RECORDING COMPANY; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and INTERSCOPE RECORDS | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## JOHN DOE

**IP Address:** 169.229.100.74 2007-07-03 21:50:23 EDT      **CASE ID#** 134866285

**P2P Network:** GnutellaUS      **Total Audio Files:** 663

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Maverick Recording Company | Michelle Branch | Something To Sleep To | The Spirit Room | 303-732 |
| UMG Recordings, Inc. | Keane | Somewhere Only We Know | Hopes and Fears | 355-429 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| UMG Recordings, Inc. | Ludacris | Move Bitch | Word of Mouf | 304-605 |
| UMG Recordings, Inc. | Nelly | Grillz | Grillz (single) | 385-148 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| Interscope Records | Eminem | Encore | Encore (single) | 362-156 |
| UMG Recordings, Inc. | Mya | You | Moodring | 338-694 |
| UMG Recordings, Inc. | Daniel Bedingfield | If You're Not the One | Gotta Get Thru This | 321-977 |