UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAVERICK RECORDING COMPANY, et al.

        Plaintiff(s),                        No. C 07-06029 JSW

   v.                                   **CLERK'S NOTICE**

JOHN DOE, et al.

        Defendant(s).
_____/

     YOU ARE HEREBY NOTIFIED that on March 21, 2008 at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct a Case Management Conference in this matter. A joint case management statement shall be due on or before March 14, 2008.

                                      Richard W. Wieking
                                      Clerk, United States District Court

                                        /s/ Frank Justiliano
                                 By:_____
                                 Frank Justiliano , Deputy Clerk
                                 Honorable Jeffrey S. White
                                 (415) 522-3018

Dated: February 25, 2008

NOTE: Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information. The rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due.