Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:   (415) 268-1999
Email:       matt.jaksa@hro.com

Attorneys for Plaintiffs,
MAVERICK RECORDING COMPANY;
UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and
INTERSCOPE RECORDS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and INTERSCOPE RECORDS, a California general partnership,<br><br>             Plaintiffs,<br><br>     v.<br><br>JOHN DOE,<br>             Defendant. | CASE NO. 3:07-CV-06029-JSW<br><br>**Honorable Jeffrey S. White**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-CV-06029-JSW
#37972 v1

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Maverick Recording Co., *et al.*, by and
2  through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim
3  against Defendant John Doe, also identified as ID # 134866285 with IP address 169.229.100.74
4  2007-07-03 21:50:23 EDT, each party to bear its/her own fees and costs.  The Clerk of Court is
5  respectfully requested to close this case.

6  Dated:  June 2, 2008                           HOLME ROBERTS & OWEN LLP

7                                                 By:   */s/ Matthew Franklin Jaksa*
                                                        MATTHEW FRANKLIN JAKSA
8                                                       Attorney for Plaintiffs
9                                                       MAVERICK RECORDING COMPANY;
                                                        UMG RECORDINGS, INC.; SONY BMG
10                                                      MUSIC ENTERTAINMENT; and
                                                        INTERSCOPE RECORDS

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-06029-JSW
#37972 v1